1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9  BRANDIE KRISTINE ANDREGG,           )  Case No.: 5:19-cv-01017-RAO
                                       )
10         Plaintiff,                  )  {~~PROPOSED~~} ORDER AWARDING
                                       )  EQUAL ACCESS TO JUSTICE ACT
11     vs.                             )  ATTORNEY FEES AND EXPENSES
                                       )  PURSUANT TO 28 U.S.C. § 2412(d)
12  ANDREW SAUL,                       )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security,   )  U.S.C. § 1920
13                                     )
         Defendant                     )
14                                     )
                                       )
15

16      Based upon the parties' Stipulation for the Award and Payment of Equal

17  Access to Justice Act Fees, Costs, and Expenses:

18      IT IS ORDERED that fees and expenses in the amount of $3,125.00 as

19  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

20  awarded subject to the terms of the Stipulation.

21  DATE:   June 30, 2020

22                                     _____
23                                     THE HONORABLE ROZELLA A. OLIVER
                                       UNITED STATES MAGISTRATE JUDGE
24
25
26

-1-


1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3  /s/ *Lawrence D. Rohlfing*
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Brandie Kristine Andregg

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26